UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:24-CR-0091-D

UNITED STATES OF AMERICA,

v.                                                                    **ORDER**

ROSALIND COMFORT

Before the Court for consideration is Defendant's Motion to Seal Proposed Sealed Exhibit filed at D.E. 149. For good cause shown, this motion is GRANTED. It is therefore ORDERED that D.E. 149 shall be and is hereby SEALED, pending further orders of this Court.

SO ORDERED this __3__ day of ____February____ 2026.

HON. JAMES C. DEVER III
U.S. DISTRICT JUDGE